FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY WAYNE OLIVER,

Plaintiff,

vs.

DEBRA DEXTER, Warden,

Defendant.

Case No. EDCV 08-236-TJH (JWJ)

**MEMORANDUM AND ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARY DISMISS CIVIL RIGHTS COMPLAINT WITH PREJUDICE**

On February 29, 2008, plaintiff Anthony Wayne Oliver, a state prisoner proceeding pro se, filed a "Civil Rights Complaint" (42 U.S.C. § 1983) ("Complaint").

On May 21, 2008, plaintiff filed a "Notice of Voluntary Dismissal" and "Declaration re Notice of Dismissal." ("Motion for Voluntary Dismissal" and "Decl. re Dismissal"). Plaintiff has indicated that he has settled the case with the defendant. (Decl. re Dismissal, p. 1.)

This Court will allow plaintiff to voluntarily withdraw the civil rights complaint and will dismiss this action with prejudice.

///

///

**ORDER**

Accordingly, **IT IS ORDERED** that plaintiff's request to withdraw the civil rights complaint is granted and the case is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy of this Order on plaintiff and counsel for defendant.

DATED: 10/1/08

TERRY J. HATTER, JR.
Senior United States District Judge

Presented by:

DATED: September 26, 2008

JEFFREY W. JOHNSON
United States Magistrate Judge